UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RHONDA ELSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 1:22-cv-630-RLY-MPB |
| vs | ) | |
| | ) | |
| SUBARU OF INDIANA AUTOMOTIVE, INC. LONG TERM DISABILITY PLAN and LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | APPEARANCE |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for: RHONDA ELSTON

I certify that I am admitted to practice in this court.

3/30/22
Date

/s/ Melissa A. Davidson

Melissa A. Davidson #26068-49
HANKEY LAW OFFICE
434 E. New York Street
Indianapolis, IN 46202
Ph: 317-634-8565
Fax: 317-634-9818
mdavidson@hankeylaw.com