UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RHONDA ELSTON,<br><br>Plaintiff,<br><br>v.<br><br>SUBARU OF INDIANA AUTOMOTIVE, INC. LONG TERM DISABILITY PLAN and LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendants. | ) | Cause No. 1:22-cv-00630-RLY-MPB |

**JOINT NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) AS TO DEFENDANT SUBARU OF INDIANA AUTOMOTIVE, INC. LONG TERM DISABILITY PLAN WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiff, as evidenced by the signature of Plaintiff's attorney below, DISMISSES WITHOUT PREJUDICE any and all claims against Defendant Subaru of Indiana Automotive, Inc. Long Term Disability Plan based on the following stipulation:

It is hereby stipulated by and between Rhonda Elston ("Elsto") and Defendant The Lincoln National Life Insurance Company ("Lincoln"), by and through their respective counsel, that Subaru of Indiana Automotive, Inc. Long Term Disability Plan is hereby dismissed from this action without prejudice. Lincoln agrees that at no time during the course of this litigation will it contend that Plaintiff's claim for recovery of benefits pursuant to 29 U.S.C. § 1132(a)(1)(B) is defective as a result of Subaru of Indiana Automotive, Inc. Long Term Disability Plan having been dismissed from the action.

Dismissal under 41(a)(1)(A)(i) is proper since Subaru of Indiana Automotive, Inc. Long Term Disability Plan has not filed an answer. Plaintiff shall not pursue any costs or attorneys' fees against Subaru of Indiana Automotive, Inc. Long Term Disability Plan.

Dated: April 22, 2022

Respectfully submitted,

CHARLES D. HANKEY LAW OFFICE

/s/ Melissa A. Davidson
Melissa A. Davidson
434 E. New York Street
Indianapolis, IN 46202
(317)634-8565
(317) 634-9818
mdavidson@hankeylaw.com

ATTORNEYS FOR PLAINTIFF

**AND**

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

/s/ Iwana Rademaekers
Iwana Rademaekers
Admitted *Pro Hac Vice*
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

# CERTIFICATE OF SERVICE

I certify that on the 22nd day of April 2022, the foregoing **JOINT NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) AS TO DEFENDANT SUBARU OF INDIANA AUTOMOTIVE, INC. LONG TERM DISABILITY PLAN WITHOUT PREJUDICE** was filed electronically and that a true and correct copy was sent to the following counsel via electronic mail:

Melissa A. Davidson
CHARLES D. HANKEY LAW OFFICE, PC
mdavidson@hankeylaw.com

s/ Iwana Rademaekers

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
iwana@rademaekerslaw.com