UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

<table>
<tr><td>RHONDA ELSTON,<br><br>Plaintiff,<br><br>v.<br><br>SUBARU OF INDIANA AUTOMOTIVE, INC. LONG TERM DISABILITY PLAN and LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendants.</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Cause No. 1:22-cv-00630-RLY-MPB</td></tr>
</table>

**ORDER**

Having come before the Court the parties voluntarily dismiss, without prejudice, Defendant Subaru of Indiana Automotive, Inc. Long Term Disability Plan, AND THE Court being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Subaru of Indiana Automotive, Inc. Long Term Disability Plan be and hereby is dismissed without prejudice in this action, and that Plaintiff shall bear his own costs and attorneys' fees with regard to such claims.

**SIGNED** this ______ day of ____________________, 2022.

______________________________________
Magistrate Judge Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:
Melissa Davidson: mdavidson@hankeylawoffice.com
Iwana Rademaekers: iwana@rademaekerslaw.com