UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: ALL PARTIES

Pending Case No(s).[1] ) 1:22-cv-882-JRS-DLP, 1:22-cv-845-RLY-MJD, 1:22-cv-630-RLY-MPB, 1:22-cv-506-SEB-TAB

Pursuant to Local Rule 5-3, the undersigned counsel notifies all parties of the following changes:

| | ***Previous Information:*** | ***Current Information:*** |
|---|---|---|
| **Name:** | Ashley D. Marks | Ashley D. Marks |
| **Law Firm, Company, and/or Agency:** | Charles D. Hankey Law Office, PC | Hankey Law Office |
| **Address:** | 434 E. New York Street<br>Indianapolis, IN 46202 | 429 E. Vermont Street, Suite 200<br>Indianapolis, IN 46202 |
| **Primary E-mail:** | amarks@hankeylaw.com | amarks@hankeylaw.com |
| **Secondary E-mail(s):** | | |
| **Telephone Number:** | 317-634-8565 | 317-634-8565 |
| **Facsimile:** | 317-634-9818 | 317-634-9818 |

Date: 5/17/2022

s/ Ashley D. Marks

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.