UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RHONDA ELSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:22-cv-00630-RLY-MPB |
| | ) | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Considering the Joint Stipulation of Dismissal With Prejudice filed by the Parties on September 12, 2022, and all premises:

IT IS ORDERED that this case be and is hereby dismissed with prejudice and Stricken from the Docket. The parties shall bear their respective costs, attorney fees, and expenses.

**SIGNED** this ______ day of ____________________, 2022.

______________________________________
Magistrate Judge Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:
Melissa Davidson: mdavidson@hankeylawoffice.com
Iwana Rademaekers: iwana@rademaekerslaw.com