UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RHONDA ELSTON,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No. 1:22-cv-00630-RLY-MPB |

**ORDER**

Considering the Joint Stipulation of Dismissal With Prejudice filed by the Parties on September 12, 2022, and all premises:

IT IS ORDERED that this case be and is hereby dismissed with prejudice and Stricken from the Docket. The parties shall bear their respective costs, attorney fees, and expenses.

SO ORDERED this 15th day of September 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:
Melissa Davidson: mdavidson@hankeylawoffice.com
Iwana Rademaekers: iwana@rademaekerslaw.com